Commonwealth *v.* Jackson, Appellant.

Submitted March 12, 1973. *Hugh S. Rebert,* Assistant Public Defender, for appellant; *Morrison B. Williams,* First Assistant District Attorney, and *Harold N. Fitzkee, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Jamison, Appellant.

Submitted March 12, 1973. *Hugh S. Rebert,* Assistant Public Defender, for appellant; *Joseph E. Erb,* Assistant District Attorney, and *Harold N. Fitzkee, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Jarvis, Appellant.

Submitted March 19, 1973. *Gilbert E. Toll,* for appellant; *James T. Ranney* and *Milton M. Stein,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The record is remanded to the court below for correction of sentence to reflect credit for time spent in custody prior to the sentence of imprisonment appealed from.